US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

**JAN 2 0 2015**

CHRIS R. JOHNSON, Clerk
By _____

Deputy Clerk

SHEILA RAMSEY

PLAINTIFF

v.                          No. 15-2018

DOLGENCORP, LLC
a/k/a DOLLAR GENERAL                          DEFENDANT

## NOTICE OF REMOVAL

Dolgencorp, LLC d/b/a Dollar General ("Dollar General") hereby removes this action from the Circuit Court of Sebastian County, Arkansas, to the United States District Court for the Western District of Arkansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. In support of removal, Defendant states as follows:

1.    On November 10, 2014, plaintiff filed a complaint in the Circuit Court of Sebastian County, Arkansas, styled *Sheila Ramsey v. Dolgencorp, LLC a/k/a Dollar General*, No. CV-14-0930.

2.    Plaintiff effected service of the complaint and summons on Dolgencorp on December 22, 2014. Copies of the summons and complaint are attached as Exhibit A. No other process, pleading, or order has been served by or on Dollar General in the state-court action.

3.    This notice of removal is timely filed. *See* 28 U.S.C. § 1446(b).

4.    The complaint is one that properly could have been filed in this Court under 28 U.S.C. § 1332, and removal is, therefore, appropriate. 28 U.S.C. § 1441(a). As alleged in the complaint, plaintiff is a resident of the state of Arkansas. Defendant is a Kentucky limited liability company with its principal place of business in Tennessee. Diversity is therefore not disputed. The amount-in-controversy requirement is also satisfied, for plaintiff alleges it exceeds

1

the federal jurisdictional requirement of $75,000.  28 U.S.C. § 1332.  *Bell v. Hershey Co.*, 557 F.3d 953, 959 (8th Cir. 2009).

5.      This Court has subject matter jurisdiction over plaintiff's claims pursuant to 28 U.S.C. § 1332.  This action is removable pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

6.      Venue is proper in the Western District of Arkansas because this District embraces Sebastian County, Arkansas, the place where the state-court action was pending.

7.      Dollar General will serve on counsel for plaintiff a true and correct copy of this notice of removal and will file a notice of removal with the clerk of the Circuit Court of Sebastian County.  *See* 28 U.S.C. § 1446(d).

WHEREFORE, Dolgencorp, LLC a/k/a Dollar General removes this action to the United States District Court for the Western District of Arkansas, and asks this Court to assert jurisdiction over the subject matter.

Quattlebaum, Grooms & Tull, PLLC
111 Center Street, Suite 1900
Little Rock, AR  72201
(501) 379-1700
adtanner@qgtlaw.com

By: _____
Amber Davis-Tanner, Ark. Bar No. #2011141

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day January, 2015, a copy of the foregoing was served by United States mail, postage prepaid, upon plaintiff's counsel:

Richard H. Strunks, Esq.
P.O. Box 696
Fort Smith, AR  72902
rstrunksf1@sbcglobal.net

_Amber Davis-Tanner_
Amber Davis-Tanner