IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
DOMESTIC RELATIONS DIVISION

SHEILA RAMSEY
Plaintiff

Vs.                                    No. CV-2014-0930

DOLGENCORP, LLC (aka DOLLAR GENERAL)
Defendant

## SUMMONS

**THE STATE OF ARKANSAS TO PLAINTIFF:**       DOLGENCORP, LLC
                                              (aka DOLLAR GENERAL)

A lawsuit has been filed against you. The relief demanded is stated in the attached motion. Within 30 days after service of this summons on you (not counting the day you received it) – or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas – you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Richard H. Strunks, PO Box 696, Fort Smith, Arkansas 72902.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional Notices:

                                        DENORA COOMER, Circuit Clerk

Address of Clerk's Office
Sebastian County Courthouse
PO Box 1179
Fort Smith, AR   72902

                                        D.C.

(SEAL)
                                        NOV 1 0 2014

                                        Date:_____

**EXHIBIT**

*A*

This summons is for DOLGENCORP, LLC (aka DOLLAR GENERAL).

## PROOF OF SERVICE

[ ] I personally delivered the Complaint to the individual at
_____ (place) on _____ (date); or

[ ] I left the Complaint in the proximity of the individual by
_____ after he/she refused to receive it when I offered it to
him/her; or

[ ] I left the Complaint at the individual's dwelling house or usual place of abode at
_____ (address) with _____
(name), a person at least 14 years of age who resides there, on _____ (date);
or

[ ] I delivered the Complaint to _____ (name of
individual), an agent authorized by appointment or by law to receive service of summons
on behalf of _____ (name of defendant) on _____
(date); or

[ ] I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served
the Complaint on the defendant by certified mail, return receipt requested, restricted
delivery, as shown by the attached signed return receipt.

[ ] I am the plaintiff in this lawsuit, and I mailed a copy of the Complaint by first-class
mail to the defendant together with two copies of a notice and acknowledgment and
received the attached notice and acknowledgment form within twenty days after the date
of mailing.

[ ] Other (specify): _____

[ ] I was unable to execute service because: _____

_____

My fee is $_____

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____ SHERIFF OF _____ COUNTY, ARKANSAS

By:_____
(Signature of server)

_____
(Printed name, title, and badge number)

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____     By:_____
(Signature of server)

_____
(Printed name)

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____

FILED
FT. SMITH DIST.

2014 NOV 10 PM 3 12
Sandy Waggoner
CIR. CLERK SEB. CO.

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

SHEILA RAMSEY                                              PLAINTIFF

VS.                     CASE NO. CV-14-_____   CV-14-0930

DOLGENCORP, LLC (aka DOLLAR GENERAL)              DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Sheila Ramsey, by and through her undersigned

attorney, and for her Complaint against the Defendant, Dolgencorp, LLC, alleges and

states as follows:

I.

That at all times relevant to this cause of action, the Plaintiff, Sheila Ramsey is

and was a resident and citizen of Fort Smith, Sebastian County, State of Arkansas.

II.

That at all times relevant to this action, the Defendant, Dolgencorp, LLC is and

was a Kentucky corporation licensed to do business in the State of Arkansas, having

locations in Sebastian County, Arkansas. Their registered agent is the Corporation

Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock,

AR 72201.

1

III.

That the incident complained of herein occurred in Fort Smith, Sebastian County, Arkansas, and that jurisdiction and venue are proper.

IV.

That on or about July 24, 2013, the Plaintiff Sheila Ramsey went to shop at the Dollar General Store #01650 located at 6500 Highway 71 South in Fort Smith, Arkansas. As she was entering the store, she opened the left hand door and began walking into the store. At that time, the door, which was broken and had been for some time, suddenly swung inward and struck the Plaintiff, causing serious personal injuries.

V.

That Defendant Dolgencorp, LLC was negligent in the following respects:

    a.  Failing to keep the door in working condition;

    b.  Failing to warn customers of the dangerous condition of the door;

    c.  Failing to commence and complete timely repairs to the door;

    d.  Generally failing to act as a reasonably, careful and prudent person would have acted under the circumstances and failed to appreciate the great risk of harm their actions would probably have upon the person of the Plaintiff Sheila Ramsey.

VI.

That as a direct and proximate consequence of the negligent acts of Defendant Dolgencorp, LLC, the Plaintiff Sheila Ramsey sustained serious injuries; has endured pain and suffering in the past and is reasonably certain to experience pain and suffering in

2

the future, has undergone medical care and treatment in the past and is reasonably certain

to undergo medical care and treatment in the future; has incurred medical expenses in the

past and is reasonably certain to incur medical expenses in the future; sustained a

permanent injury, all to her detriment in the sum and amount that proof warrants, that

sum in excess of that amount required for federal court jurisdiction in diversity of

citizenship cases.

VII.

WHEREFORE, the Plaintiff Sheila Ramsey, is entitled to judgment against the

Defendant Dolgencorp, LLC in the sum and amount in excess of that amount required for

federal court jurisdiction in diversity of citizenship cases, for her costs incurred in

bringing this action, and for any and all proper relief.

SHEILA RAMSEY, Plaintiff

Richard H. Strunks
ABA#95199
PO Box 696
Fort Smith, Arkansas 72902
479-573-0900