```
                                          FILED
                                       FT. SMITH DIST.

                                      2014 NOV 10 PM 3 12
                                       Sandy Waggoner
                                       CIR. CLERK SEB. CO.
```

IN THE CIRCUIT COURT OF SEBASTIAN COUNTY, ARKANSAS
FORT SMITH DISTRICT
CIVIL DIVISION

SHEILA RAMSEY                     VI                              PLAINTIFF

VS.                    CASE NO. CV-14-__CV-14-0930__

DOLGENCORP, LLC (aka DOLLAR GENERAL)                             DEFENDANT

## COMPLAINT

COMES NOW the Plaintiff, Sheila Ramsey, by and through her undersigned attorney, and for her Complaint against the Defendant, Dolgencorp, LLC, alleges and states as follows:

I.

That at all times relevant to this cause of action, the Plaintiff, Sheila Ramsey is and was a resident and citizen of Fort Smith, Sebastian County, State of Arkansas.

II.

That at all times relevant to this action, the Defendant, Dolgencorp, LLC is and was a Kentucky corporation licensed to do business in the State of Arkansas, having locations in Sebastian County, Arkansas. Their registered agent is the Corporation Service Company, 300 Spring Building, Suite 900, 300 South Spring Street, Little Rock, AR 72201.

1

III.

That the incident complained of herein occurred in Fort Smith, Sebastian County, Arkansas, and that jurisdiction and venue are proper.

IV.

That on or about July 24, 2013, the Plaintiff Sheila Ramsey went to shop at the Dollar General Store #01650 located at 6500 Highway 71 South in Fort Smith, Arkansas. As she was entering the store, she opened the left hand door and began walking into the store. At that time, the door, which was broken and had been for some time, suddenly swung inward and struck the Plaintiff, causing serious personal injuries.

V.

That Defendant Dolgencorp, LLC was negligent in the following respects:

   a. Failing to keep the door in working condition;

   b. Failing to warn customers of the dangerous condition of the door;

   c. Failing to commence and complete timely repairs to the door;

   d. Generally failing to act as a reasonably, careful and prudent person would have acted under the circumstances and failed to appreciate the great risk of harm their actions would probably have upon the person of the Plaintiff Sheila Ramsey.

VI.

That as a direct and proximate consequence of the negligent acts of Defendant Dolgencorp, LLC, the Plaintiff Sheila Ramsey sustained serious injuries; has endured pain and suffering in the past and is reasonably certain to experience pain and suffering in

the future, has undergone medical care and treatment in the past and is reasonably certain to undergo medical care and treatment in the future; has incurred medical expenses in the past and is reasonably certain to incur medical expenses in the future; sustained a permanent injury, all to her detriment in the sum and amount that proof warrants, that sum in excess of that amount required for federal court jurisdiction in diversity of citizenship cases.

VII.

WHEREFORE, the Plaintiff Sheila Ramsey, is entitled to judgment against the Defendant Dolgencorp, LLC in the sum and amount in excess of that amount required for federal court jurisdiction in diversity of citizenship cases, for her costs incurred in bringing this action, and for any and all proper relief.

SHEILA RAMSEY, Plaintiff

_____
Richard H. Strunks
ABA#95199
PO Box 696
Fort Smith, Arkansas 72902
479-573-0900

3