IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

SHEILA RAMSEY                                                                                   PLAINTIFF

vs.                                    Case Number:  2:15-cv-02018-PKH

DOLGENCORP, LLC
a/k/a DOLLAR GENERAL                                                                DEFENDANT

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Now on this _____ day of _____, 2015, there is presented to the Court, the Stipulation of Dismissal Without Prejudice; the Plaintiff appearing by and through her attorney Richard H. Strunks; the Defendant appearing by and through their attorney Amber Davis-Tanner; the Court being well and sufficiently advised in the premises, finds and orders:

1. That both parties to this matter have stipulated that this matter should be dismissed without prejudice and indicated same by their signatures herein.

2. That pursuant to FRCP Rule 41(a)(1), the above captioned matter is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

_____
**Honorable P.K. Holmes
DISTRICT JUDGE**

APPROVED AS TO FORM AND CONTENT:

*Richard H. Strunks*
_____
Richard H.Strunks
Attorney for Plaintiff Sheila Ramsey

*Amber Davis-Tanner*
_____
Amber Davis-Tanner
Attorney for Defendant Dolgencorp, LLC