IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


SHEILA RAMSEY                                                          PLAINTIFF


V.                                    2:14CV2018


DOLGENCORP, LLC                                                       DEFENDANT
a/k/a DOLLAR GENERAL


<u>CLERK'S ORDER OF DISMISSAL</u>

      The parties herein, having filed their Stipulation of Dismissal pursuant to Rule 41(a),

Fed.R.Civ.P.,

      IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without

prejudice.


      Dated: September 14, 2015


                                          AT THE DIRECTION OF THE COURT
                                          CHRISTOPHER R. JOHNSON, CLERK


                                          /S/ *Laura L. Wolfe*
                                          Deputy Clerk